[No. 20117-8-II.    Division Two.    June 20, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. KEITH
WAYNE HUBBARD, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 95-1-03491-0, Thomas A. Swayze, Jr., J.,
entered November 3, 1995. *Affirmed* by unpublished
opinion per Seinfeld, J., concurred in by Bridgewater,
A.C.J., and Morgan, J.

[No. 20123-2-II.    Division Two.    June 20, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. DAROLD
WAYNE WHIPPLE, *Appellant*.

Appeal from a judgment of the Superior Court for
Cowlitz County, No. 95-1-00381-5, Randolph Furman, J.,
entered October 12, 1995. *Affirmed* by unpublished opinion
per Armstrong, J., concurred in by Morgan and Hunt, JJ.

[No. 20139-9-II.    Division Two.    June 20, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES
ANDREW DAVIS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 95-1-02392-6, Donald H. Thompson, J., entered
October 21, 1995. *Affirmed* by unpublished opinion per
Houghton, C.J., concurred in by Morgan and Bridgewater,
JJ.

[No. 20273-5-II.    Division Two.    June 20, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL
L. BEHRENS, *Appellant*.

Appeal from a judgment of the Superior Court for Thur-
ston County, No. 95-1-01499-6, Richard D. Hicks, J.,
entered January 4, 1996. *Affirmed* by unpublished opinion
per Seinfeld, J., concurred in by Houghton, C.J., and
Morgan, J.